UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20 CR 457 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| DARTANUAN MANGO, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Jonathan D. Greenberg, regarding the change of plea hearing of Dartanuan Mango, which was referred to the Magistrate Judge with the consent of the parties.

On September 3, 2020, the government filed a 7 count Indictment, charging Defendant Mango, with Felon in Possession of a Firearm, in violation of Title 18 U.S.C. § 922(g)(1); Distribution of Heroin and Carfentanil, 4-ABPP, Fentanyl and Tramadol, and Possession With The Intent to Distribute, in violation of Title 21 U.S.C. § 841(a)(1) and (b)(1)(C). Defendant was arraigned on September 10, 2020, and entered a plea of not guilty to counts 1 through 7 of the Indictment, before Magistrate Judge Ruiz. On April 22, 2021, Magistrate Judge Greenberg received Defendant Mango's plea of guilty to counts 1 through 7 of the Indictment, (without a written plea agreement), and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant

Mango is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Dartanuan Mango is adjudged guilty to counts 1 through 7 of the Indictment, in violation of Title 18 U.S.C. Sections 922(g)(1) and 21 U.S.C. Section 841 (a)(1) and (b)(1)(C). This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on August 12, 2021, at 11:00 a.m. in Courtroom 17A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

May 17, 2021